UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:26-CR-71-REW-HAI |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| NOAH BACK, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The United States gives notice that it intends to file a criminal information charging Noah Back and moves for assignment of a date for the filing of the information and an arraignment. *See* DE 1. Defense counsel gives notice that Back intends to enter a guilty plea and moves for a hearing before the undersigned. *See* DE 2. Accordingly, the Court GRANTS DE 1, GRANTS DE 2, and SETS a hearing for May 14, 2026, at 1:30 p.m., at the United States Courthouse in London, Kentucky. Further, the Court ORDERS that this entry be properly sealed, pending the filing of the information. Counsel for Back shall assure adequate contact with pre-trial services in advance of the hearing.

This the 29th day of April, 2026.



Signed By:

*Robert E. Wier*

United States District Judge