UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:26-CR-71-REW-HAI |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| NOAH BACK, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Based on the prosecutor's expression of temporal urgency, *see* DE 4, the Court GRANTS DE 4 and ADVANCES the arraignment currently scheduled in this matter to May 1, 2026, at 4:00 p.m., at the United States Courthouse in Lexington, Kentucky.

This the 30th day of April, 2026.

Signed By:
*Robert E. Wier*
United States District Judge